Taylor R. REHKOP, Appellant,

v.

Irma Louise REHKOP, Respondent.

No. WD 35958.

Missouri Court of Appeals,
Western District.

March 29, 1985.

Robert C. Jones, Jones & Frankum, Craig S. Laird, Kansas City, for appellant.

John J. Phillips, Phillips & Ewan, Independence, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from a dissolution of marriage. The husband appeals from the grant of maintenance and the division of property.

Affirmed. Rule 84.16(b).